LAW OFFICES
JOHN V. McDERMOTT, JR.
34 CHURCH STREET, SUITE 1
VERNON, NEW JERSEY 07462

RECEIVED

JUN 1 6 2016

DEBORAH S. HUNT, Clerk

MEMBER – NJ, NY BARS

TELEPHONE:  (973) 764-6313
FAX:  (973) 764-0299
E-MAIL:  jvmcdlaw14@yahoo.com

June 15, 2016

***Via Express Mail EL200099915US***

Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S.Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988503 Potter Stewart U.S. Courthouse

**RE:  Case No.:16-3637**
   **Daniels Sharpsmart, Inc. V. Comprehensive Waste Stream Consulting, LLC and**
   **Gary McDermott**

Dear Clerk,

I am the Appellant Pro Se and submit the following by way of application for Emergent Relief to Stay bench warrant issues for the arrest of the undersigned by Judge Polster on June 9, 2016. Enclosed are the following documents with respect to the Emergent Relief application:

1. Emergent Notice of Motion.
2. Certification of John V. McDermott, Jr., In Support of Emergent Application , together with Exhibits A through E attached.
3. Transcript of June 8, 2016 before Judge Polster
4. Civil Appeal Statement of Parties and Issues.
5. Pro Se Appellant's Brief
6. Prepaid self-addressed Priority Mail Envelope for return of filed copies above.

1

Would you please have this application submitted and reviewed as quickly as possible so that Emergent Relief I have requested can be considered. Thank you.

Respectfully submitted,

John V. McDermott, Jr.

Encls.

JVM:pb

cc: Honorable Dan Aaron Polster (Express Mail-EL 200099907 US)
    Francis P. Manning, Esq. (via email to fmanning@manning-law.com)
    Gary W. Johnson, Esq. (via email to GJohnson@westonhurd.com)

JUN 1 6 2016

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

DEBORAH S. HUNT, Clerk  **CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES**

Case No: 16-3637

Case Name: Daniels Sharpsmart Inc. vs. Comprehensive Waste Stream Consulting LLC & Gary McDermott

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?     ☐ Yes   ☑ No
If yes, state:
   Case Name: _____   Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken solely as to the orders of Judge Dan Aaron Polster entered on June 7, 8 and 9 2016 and the bench warrant issued by him on June 9, 2016 for the arrest of the appellant.

The specific issues to be raised are:
   1. For emergent relief to temporarily stay the bench warrant to the arrest of appellant pending final determination of appeal.
   2. For emergent relief to temporarily stay the June 7, 8, and 9, 2016 orders of Judge Polster requiring appearance before him.
   3. To determine whether Judge Polster had jurisdiction to order the appellant to appear before him on June 9, 2016.
   4. To determine whether Judge Polster had jurisdiction to issue a bench warrant for the arrest of appellant.
   5. To determine whether Judge Polster properly served appellant with the June 8 and 9, 2016 orders.
   6. To determine whether Judge Polster correctly determined the facts set forth at the June 8, 2016 hearing and had any basis to his determination that appellant told Gary McDermott to violate any order ot the court requiring his appearance on June 7, 2016.
   7. Did the District Court violate the Constitutional Rights of appellant to free speech.

This is to certify that a copy of this statement was served on opposing counsel of record this ___15___ day of

_____ June, 2016 _____ .

_____
Appellant Pro Se

PRIORITY MAIL EXPRESS™
★ MAIL ★
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

*PRESS FIRMLY TO SEAL*

EP13F July 2013   OD: 12.5 x 9.5

PS 10001000006

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

PRIORITY
★ MAIL ★
EXPRESS™

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( )
John J. McDermott Jr.
14 Churchst. Suite 1
Vernon CT 07462

DELIVERY OPTIONS (Customer Use Only)

PAYMENT BY ACCOUNT (if applicable)

TO: (PLEASE PRINT)   PHONE ( )

6th Circuit Court
100 E Fifth Street
Cincinnati OHIO 45202

UNITED STATES POSTAL SERVICE®

LABEL 11-B, SEPTEMBER 2015

3-ADDRESSEE COPY

UNITED STATES
POSTAL SERVICE®

Visit us at USPS.COM®
ORDER FREE SUPPLIES ONLINE

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.